# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUFA AKROUSH,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security<br><br>Defendant. | Case No. 1:19-cv-00383-BAM<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING CLERK OF COURT TO ISSUE SUMMONS<br><br>(Doc. No. 2) |

Plaintiff Raoufa Akroush ("Plaintiff"), proceeding pro se, filed this action on March 25, 2019, seeking review of a decision of the Commissioner of Social Security assessing an overpayment of benefits against Plaintiff. (Doc. No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, along with the affidavit required thereunder demonstrating that Plaintiff is unable to prepay fees and costs or give security for them. (Doc. No. 2.) Plaintiff has made the showing required by section 1915(a), and accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is GRANTED;

2. The Clerk of Court is directed to issue summons; and

1

3. The United States Marshal shall serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated: **April 3, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE