# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUFA AKROUSH,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Acting Commissioner of Social Security<br><br>Defendant. | Case No. 1:19-cv-00383-BAM<br><br>ORDER DIRECTING PLAINTIFF TO RETURN USM FORMS TO CLERK'S OFFICE<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Raoufa Akroush ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action on March 25, 2019, seeking review of a decision of the Commissioner of Social Security assessing an overpayment of benefits against Plaintiff. (Doc. No. 1.) On April 3, 2019, the Court issued an order granting Plaintiff's application to proceed in forma pauperis and directing the Clerk of Court to issue summons. (Doc. No. 3.) The United States Marshal was further directed to serve a copy of the complaint, summons, and the Court's order upon the defendant as directed by Plaintiff. (*Id.*) On April 3, 2019, the Clerk of Court issued summons as to the Commissioner of Social Security. (Doc. No. 4.) The same day, the Clerk of Court issued New Social Security Case Documents, including Social Security USM-285 forms. (Doc. No. 5.) As stated in the "Instructions for Service of Social Security Appeals" document, Plaintiff is required to provide the Clerk's Office with a completed USM-285 form along with other service documents. (Doc. No. 5-3.) To date, Plaintiff has not returned the necessary service documents to the Clerk's Office.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the summons and New Social Security Case Documents, including Social Security USM-285 forms, to Plaintiff;

2. Within **thirty (30) days** of service of this order, Plaintiff is directed to return a completed USM-285 form along with the other service documents identified in the "Instructions for Service of Social Security Appeals" document to the Clerk's Office at the following address:

> OFFICE OF THE CLERK
> UNITED STATES DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA
> 2500 Tulare Street, Room 1501
> Fresno, California 93721

**Failure to comply with this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: **July 8, 2019**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE