# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAOUFA AKROUSH, | Case No. 1:19-cv-00383-BAM |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO OBEY A COURT ORDER AND FOR FAILURE TO PROSECUTE |
| v. | |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | (Doc. Nos. 5, 7) |
| | **RESPONSE DUE September 23, 2019** |

Plaintiff Raoufa Akroush ("Plaintiff"), proceeding pro se and in forma pauperis, filed this action on March 25, 2019, seeking review of a decision of the Commissioner of Social Security assessing an overpayment of benefits against Plaintiff. (Doc. No. 1.) On April 3, 2019, the Court issued an order granting Plaintiff's application to proceed in forma pauperis and directing the Clerk of Court to issue summons. (Doc. No. 3.) The United States Marshal was further directed to serve a copy of the complaint, summons, and the Court's order upon the defendant as directed by Plaintiff. (*Id.*) On April 3, 2019, the Clerk of Court issued summons as to the Commissioner of Social Security. (Doc. No. 4.) The same day, the Clerk of Court issued New Social Security Case Documents, including Social Security USM-285 forms. (Doc. No. 5.) As stated in the "Instructions for Service of Social Security Appeals" document, Plaintiff is required to provide the Clerk's Office with a completed USM-285 form along with other service documents. (Doc.

No. 5-3.) However, Plaintiff did not return the necessary service documents.

Accordingly, on July 8, 2019, the Court accordingly issued an order directing Plaintiff to do so within thirty (30) days. (Doc. No. 8.) More than thirty (30) days have elapsed since Plaintiff was served with a copy of the Court's July 8, 2019, order and a review of the docket reveals that Plaintiff has not yet returned the necessary service documents to the Clerk's Office.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's orders and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **September 23, 2019.** Plaintiff may also comply with this order by returning a completed USM-285 form along with the other service documents identified in the "Instructions for Service of Social Security Appeals" document to the Clerk's Office. The Clerk of Court is directed to forward copies of the Court's July 8, 2019 order (Doc. No. 8) as well as the summons and New Social Security Case Documents, including Social Security USM-285 forms, to Plaintiff;

**Plaintiff is forewarned that failure to respond to this order will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated: **August 19, 2019**          /s/ *Barbara A. McAuliffe*          
UNITED STATES MAGISTRATE JUDGE