# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUFA AKROUSH,<br><br>            Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:19-cv-00383-BAM<br><br>ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED<br><br>**RESPONSE DUE:   December 21, 2020** |

Plaintiff Raoufa Akroush, proceeding pro se and in forma pauperis, filed this action on March 25, 2019, seeking review of a decision of the Commissioner of Social Security assessing an overpayment of benefits against Plaintiff.  (Doc. No. 1.)  On April 3, 2019, the Court entered a scheduling order in this action. (Doc. No.  5).  Pursuant to the Court's scheduling order, Plaintiff is required to prosecute this action by filing an opening brief within thirty (30) days of service of the Commissioner's response to Plaintiff's confidential letter brief.  Plaintiff was warned that failure to comply with the Court's Scheduling Order may result in sanctions pursuant to Local Rule 110.  (*Id.*)

A review of the docket reveals that the Commissioner served a response to Plaintiff's confidential letter brief on March 30, 2020. (Doc. No. 18.)  Based on the Court's scheduling

1

order and the record in this case, Plaintiff's opening brief was therefore due no later than May 3, 2020. To date, Plaintiff has not filed an opening brief.

Accordingly, Plaintiff is HEREBY ORDERED to SHOW CAUSE why this action should not be dismissed for Plaintiff's failure to comply with the Court's scheduling order and Plaintiff's failure to prosecute this action. Plaintiff shall file a written response to this order to show cause no later than **December 21, 2020.** Plaintiff also may comply with this order by filing an opening brief.

**Plaintiff is forewarned that failure to respond to this order to show cause will result in the dismissal of this action for failure to obey a court order and failure to prosecute.**

IT IS SO ORDERED.

Dated:   **November 30, 2020**         /s/ *Barbara A. McAuliffe*         
                                       UNITED STATES MAGISTRATE JUDGE

2